## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DEBRA BURKE,

                Petitioner

          v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

                Respondent

:  No. 279 EAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.